IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRAD PAUL SMITH**                                                                                           **PLAINTIFF**
**ADC #660448**

v.                     **CASE NO. 5:17-CV-00222 BSM**

**DEBRA SCOTT, Sergeant,**
**Delta Regional Unit; et al.**                                                     **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No. 6] submitted by United States Magistrate Judge Joe J. Volpe have been received. No objections have been filed. After careful consideration, the proposed findings and recommendations are adopted in their entirety. Accordingly, plaintiff Brad Smith's complaint [Doc. No. 1] is dismissed without prejudice for failure to state a claim. This dismissal constitutes a "strike" for the purposes of 28 U.S.C. section 1915(g), and it is further certified that an *in forma pauperis* appeal from this order and judgment would not be taken in good faith.

IT IS SO ORDERED this 17th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE