# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BRAD PAUL SMITH**                                                        **PLAINTIFF**
**ADC #660448**

**v.**                 **CASE NO. 5:17-CV-00222 BSM**

**DEBRA SCOTT, Sergeant,**
**Delta Regional Unit; et al.**                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice. This dismissal constitutes a "strike" for the purposes of 28 U.S.C. section 1915(g), and it is further certified that an *in forma pauperis* appeal from this order and judgment would not be taken in good faith.

IT IS SO ORDERED this 17th day of November 2017.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE